UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAMIEN LAMONT DENNIS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MS. LISA (NURSE),<br>MS. SHANNON (NURSE),<br><br>　　　　　Defendants. | No. 1:06-cv-1108-RLY-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 10/5/07

Laura Briggs, Clerk
United States District Court

_[signature]_

Deputy Clerk, U.S. District Court

_[signature]_

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Damien Lamont Dennis  DOC # 900889
Blackford County Security Center
0064 North 500 East
Hartford City, IN 47348

Steven D. Groth
BOSE MCKINNEY & EVANS
sgroth@boselaw.com